FILED
IN OPEN COURT
APR 22 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL THEODORE PETIKAS<br>(Counts 1-3) | CRIMINAL NO. 4:26CR 32<br><br>21 U.S.C. § 846<br>Possess with Intent to<br>Distribute and Distribution of Marijuana and<br>Psilocyn<br>(Count 1-2)<br><br>18 U.S.C. § 924(c)<br>Use of Firearm During Drug Trafficking<br>(Count 3)<br><br>18 U.S.C. § 924(d), 21 U.S.C. §853<br>Criminal Forfeiture |

INDICTMENT

April 2026 Term - At Norfolk, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about February 14, 2023, within the Eastern District of Virginia, the defendant, MICHAEL THEODORE PETIKAS, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing Psilocyn, a Schedule I narcotic controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(C))

COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 14, 2023, within the Eastern District of Virginia, the defendant, MICHAEL THEODORE PETIKAS, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing less than 50 kilograms of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), and (b)(1)(D))

COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 14, 202~~6~~3, within the Eastern District of Virginia, the defendant, MICHAEL THEODORE PETIKAS, unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possess with intent to distribute marijuana and psilocyn, controlled substances.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in counts one and two of this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

   a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

   b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

2. The defendant, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853(a); and Title 28, United States Code, Section 2461(c).)

UNITED STATES V. MICHAEL THEODORE PETIKAS, 4:26CR_32_

A TRUE BILL:

REDACTED COPY

FOREPERSON

TODD BLANCHE
ACTING ATTORNEY GENERAL

By: 

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000