REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet** **U.S. District Court**

**Place of Offense:** **Under Seal:Yes** ___ **No** X **Judge Assigned:** ______

City ______ Superseding Indictment No **Criminal Number:** ______

County/Parish Newport News Same Defendant yes New Defendant No

Magistrate Judge Case Number ______ **Arraignment Date:** ______

Search Warrant Case Number ______

R 20/R 40 from District of ______

**Defendant Information:**

**Juvenile --Yes** ___ **No** X **FBI #** ______

**Defendant Name:** Michael Theodore Petikas **Alias Name(s)** ______

**Address:** ______

**Employment:** ______

**Birth date** 1982 **SS#** 6308 **Sex** M **Def Race** W **Nationality** US **Place of Birth** ______

**Height** ______ **Weight** ___ **Hair** Black **Eyes** BLU **Scars/Tattoos** ______

**Interpreter:** X **No** ___ **Yes List language and/or dialect:** ______

**Location Status:**

Arrest Date ______

___ Already in Federal Custody as of ______ in ______

X Already in State Custody ___ On Pretrial Release ___ Not in Custody

X Arrest Warrant Requested ___ Fugitive ___ Summons Requested

___ Arrest Warrant Pending X Detention Sought ___ Bond ______

**Defense Counsel Information:**

Name: James Broccoletti ___ Court Appointed

Address: ______ X Retained

Telephone: ______ ___ Public Defender

______ ___ Office of Federal Public Defender should not be appointed due to conflict of interest

___ CJA attorney ______ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA Eric M. Hurt Telephone No: 591-4000 Bar #35765

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI S/A Alex Cava

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 841 | PWID and dist. Marijuana and psilocyn | 1-2 | felony |
| Set 2 | 18 USC 924(c) | Possess firearm in furtherance of drug trafficking crime | 3 | felony |
| Set 3 | | | | felony |
| Set 4 | | | | felony |