FILED
IN OPEN COURT
APR 22 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:26cr 32 |
| | ) | |
| MICHAEL THEODORE PETIKAS. | ) | |

**MOTION TO TRANSFER**

The United States of America, by its attorney, Eric M. Hurt, Assistant United States Attorney, moves this court to transfer the above-styled case to the Newport News Division of this Court.

Respectfully submitted,

TODD BLANCHE
ACTING ATTORNEY GENERAL

By: /s/
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
Attorney for the United States
United States Attorney's Office
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov