VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF CHESAPEAKE

COMMONWEALTH OF VIRGINIA

V. DOCKET NO(S): #: 23-774-00 T 06

MICHAEL THEODORE PETIKAS,
Defendant.

ORDER

Upon motion of the Commonwealth and defendant, the above styled case(s) is/are hereby continued from 4/30/26 until 7/28/26 at 9:00 a.m. for good cause shown because: defendant was taken into federal custody prior to his sentencing hearing. Continued to determine his status. 30 minutes.

Upon motion of the the court, this matter will be heard by the court.

Defendant has been advised by his trial counsel as to and fully understands his/his rights to a speedy trial for these charges pursuant to the United States Constitution, the Virginia Constitution and Virginia Code §19.2-243, 1950, as amended, and fully understands that a motion by the defendant or his/his attorney or a motion for continuance agreed to by the defendant or his/her attorney constitutes a waiver of his/his speedy trial rights.

Defendant fully understands and agrees that if these cases are set for trial without a jury and the Defendant does not request a jury at least 30 days prior to the trial date set above, then the defendant waives his/her right to trial by jury.

ENTER: 4/30/26

Judge

I ask for this/seen and agreed/objected to:

Attorney for the Commonwealth
D. J. Hansen

I ask for this/seen and agreed/objected to:

Attorney for the Defendant
James O. Broccoletti

Defendant

Reason for Continuance:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | C | Continued | ☐ | CD8 | Def. Nds Time to Pay Fine/Rest. | ☐ | CP2 | CWA Unavailable |
| ☐ | CD | Continued Motion of Defense | ☐ | CD9 | Def. Nds Time to Comp. Rehab. | ☐ | CP4 | CWA Not Prepared |
| ☒ | CD1 | Def. Unavailable | ☐ | CJ | Continued Motion of Judge | ☐ | CP5 | CW Witness Unavailable |
| ☐ | CD2 | Def. Atty. Unavailable | ☐ | CO | Carried Over | ☐ | CP6 | Required Judge Unavailable |
| ☐ | CD3 | Def. Atty. Unavail. (Title 30.5) | ☐ | COC | Carried Over CWA Motion | ☐ | CP7 | Consolidate Trial Dates/Charges |
| ☐ | CD4 | Def. Atty. Not Prepared | ☐ | COD | Carried Over Def. Motion | ☐ | CP8 | Negotiate/Reject Plea Agmt. |
| ☐ | CD5 | Def. Witness Not Available | ☐ | CO4 | Improper Scheduling | ☐ | CP9 | Transp. Order Not Prepared |
| ☐ | CD6 | Def. Needs/Changes Attorney | ☐ | CO6 | PSR Not Prepared | | | |
| ☐ | CD7 | Def. Requests Jury Trial | ☐ | CP | Continued CWA Motion | | | |

White – Court Yellow – Comm. Attorney Pink – Defendant's Attorney Goldenrod – Defendant

CC-6013A/R-4/16

RECEIVED
JUL 31 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA