OFFICE OF THE CLERK
Circuit Court
City of Chesapeake
307 Albemarle Dr., Suite 300A
Chesapeake, Virginia
23322-5579

RICHMOND VA RPDC 230
29 JUL 2026 PM 3 L

US POSTAGE PITNEY BOWES
FIRST-CLASS
ZIP 23322 $ 000.78⁰
02 7W
0008028259 JUL 27 2026

U.S. MARSHALS
INSPECTED

United States District Court
Suite 1150
701 East Broad Street
Richmond, VA 23219