IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 4:26cr32 |
| | ) | |
| MIICAHEL THEODORE PETIKAS, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its attorneys Todd W. Blanche, Attorney General, Theophani Stamos, First Assistant United States Attorney, Eric M. Hurt, Assistant United States Attorney and counsel for the defendant, James Broccoletti and defendant Michael Theodore Petikas, move this Court for a continuance of the sentencing currently set for October 1, 2026.

The parties are actively engaged in discussions concerning certain sentencing issues that require further consideration and resolution before the matter can proceed to final disposition. Additional time is therefore necessary to allow the parties to fully address and resolve these issues and to ensure that the Court has the benefit of a complete and accurate presentation at sentencing.

Respectfully submitted,

Todd W. Blanche
Attorney General

Theophani Stamos
Fisrt Assistanct United States Attorney

By: ________/s/__________________________
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States
United States Attorney=s Office
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov

________/s/________________
James O. Broccoletti, Esquire
VSB# 17869
Counsel for Defendant
ZOBY & BROCCOLETTI, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com

CERTIFICATE OF SERVICE

I do hereby certify that the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) this 17th day of September 2026 to all counsel of record.

/s/

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States United
States Attorney's Office
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.go