IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 4:26cr32 |
| | ) | |
| MIICAHEL THEODORE PETIKAS, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

**ORDER TO CONTINUE SENTENCING**

Upon joint motion of the parties and upon good cause shown the sentencing currently set for October 1, 2026, is hereby CONTINUED.

The parties are directed to contact the Court's scheduling clerk within five days of this order to set a new sentencing date.

IT IS SO ORDERED this 18th date of September 2026.
Norfolk, Virginia

/s
ELIZABETH W. HANES
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Todd W. Blanche
Attorney General

Theophani Stamos
Fisrt Assistanct United States Attorney

By: ________/s/________________________________
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States
United States Attorney=s Office
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov

________/s/________________
James O. Broccoletti, Esquire
VSB# 17869
Counsel for Defendant
ZOBY & BROCCOLETTI, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com

CERTIFICATE OF SERVICE

I do hereby certify that the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) this 17th day of September 2026 to all counsel of record.

/s/

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States United States Attorney's Office
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.go